IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY TORRES, | ) | No. C 11-2638 JSW (PR) |
| Plaintiff, | ) ) | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | ) ) | |
| G. LEWIS; MATTHEW CATE; G. KELLEY, | ) ) ) | |
| Defendants. | ) ) | (Docket No. 13) |

Plaintiff, an inmate at Pelican Bay State Prison, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. There is no constitutional right to counsel in a civil case. *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981). Section 1915 confers on a district court only the power to "request" that counsel represent a litigant who is proceeding in forma pauperis. See 28 U.S.C. § 1915(e)(1). As a result, the Court has only the power to ask pro bono counsel to represent Plaintiff, not the power to "appoint" counsel. Plaintiff is capable of presenting his claims effectively, and the issues, at least at this stage, are not complex. Consequently, the motion (docket number 13) is DENIED.

IT IS SO ORDERED.

DATED: November 7, 2011

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

ANTHONY TORRES,

        Plaintiff,

  v.

G. LEWIS et al,

        Defendant.
                                    /

Case Number: CV11-02638 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Torres
Pelican Bay State Prison
P.O. Box 7500
#K59800
Crescent City, CA 95532

Dated: November 7, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk