IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. LEWIS; MATTHEW CATE; G. KELLEY<br><br>　　　　Defendant. | No. C 11-2638 JSW (PR)<br><br>ORDER SETTING BRIEFING SCHEDULE |

Plaintiff, a California prisoner incarcerated at Pelican Bay State Prison ("PBSP") has filed this pro se civil rights complaint under 42 U.S.C. § 1983. Defendants have filed a motion for summary judgment. On April 13, 2012, the Court ordered Defendants to respond to Plaintiff's discovery requests within **7 days**, and denied several pending motions. The order also extended the deadline for Plaintiff to respond to the motion for summary judgment, but did not set a new deadline. Plaintiff's opposition, if he chooses to file one, must be filed and served upon Defendants no later than **June 15, 2012**. Defendants **shall** file a reply brief within **14 days** of the date the opposition is filed.

IT IS SO ORDERED.

DATED: May 1, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

ANTHONY TORRES,

        Plaintiff,

  v.

G. LEWIS et al,

        Defendant.

Case Number: CV11-02638 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Torres
Pelican Bay State Prison
P.O. Box 7500
#K59800
Crescent City, CA 95532

Dated: May 1, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk